## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION


FREDERICK W. McFEETERS                                                        PLAINTIFF

v.                                              CASE NO.  2:19-CV-2045

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                DEFENDANT


## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED,

and ADJUDGED that the decision of the Administrative Law Judge is AFFIRMED, and Plaintiff's

Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED** this April 22, 2020.


/s/ P. K. Holmes III

P. K. HOLMES III
U.S. DISTRICT JUDGE